*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
MONAHAN, HOUTZ, and MYERS
Appellate Military Judges

———————————————

**UNITED STATES**
*Appellee*

**v.**

**Alejandro Gomez**
Private (E-1), U.S. Marine Corps
*Appellant*

**No. 202200089**

———————————————

Decided: 12 August 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Glen R. Hines

Sentence adjudged 4 February 2022 by a special court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 11 months[1] and a bad-conduct discharge.

For Appellant:
*Major Brian. L. Farrell, USMC*

———————————

[1] Appellant was credited with serving 131 days of pre-trial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

S. TAYLOR JOHNSTON
Interim Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.